# Third District Court of Appeal
## State of Florida

Opinion filed July 26, 2023.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D22-0806
Lower Tribunal No. 20-25676

————————

**Dennis B. Freeman, etc.,**
Appellant,

vs.

**Michele Jennings, et al.,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Migna Sanchez-Llorens, Judge.

Law Office of Dennis B. Freeman, P.A., and Dennis B. Freeman; Metschlaw, P.A., and Lawrence R. Metsch (Hollywood), for appellant.

Chepenik Trushin LLP, and Bradley H. Trushin and Adam M. Nicoll, for appellees.

Before HENDON, LOBREE and BOKOR, JJ.

PER CURIAM.

Affirmed.